IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00039-WYD-MJW

TIMOTHY GAZAK,

Plaintiff,

v.

GENERAL AMERICAN LIFE INSURANCE COMPANY,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 17) is GRANTED finding good cause shown.  The written Protective Order (docket no. 17-1) is APPROVED and made an Order of Court.

Date: March 18, 2013