IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    13-cv-00039-WYD-MJW

TIMOTHY GAZAK,

    Plaintiff,

v.

GENERAL AMERICAN LIFE INSURANCE COMPANY,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER comes before the Court on the parties' Stipulated Motion to Dismiss With Prejudice (ECF No. 29).   After carefully reviewing the file in this matter, I find that the stipulated motion should be granted pursuant to Fed. R. Civ. P. 41(a)(1) and the case should be dismissed with prejudice.   Accordingly, it is

ORDERED that the Stipulated Motion to Dismiss With Prejudice (ECF No. 29) is **GRANTED.**   This case is **DISMISSED WITH PREJUDICE**, with each party to pay its own attorney's fees and costs.

Dated:   November 7, 2013

                        BY THE COURT:


                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        SENIOR UNITED STATES DISTRICT JUDGE